IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.F. 04-5086 AWI |
| ) | |
| Plaintiff, ) | |
| ) | ORDER STAYING RELEASE ORDER OF THE |
| v. ) | MAGISTRATE JUDGE PENDING HEARING |
| ) | ON THE GOVERNMENT'S MOTION FOR |
| NAFIZ ABDULLA MUSLEH, ) | REVOCATION  HEARING |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

   Upon application of the United States Government for stay of the order of  U.S. Magistrate Judge Dennis L. Beck setting conditions of release for the above-named defendant, and good cause appearing,

   IT IS HEREBY ORDERED THAT the Magistrate Judge's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke the release order issued by the U.S. Magistrate Judge.

   The date for the hearing on the government's revocation motion shall be set in a separate order.

IT IS SO ORDERED.

**Dated:   August 24, 2005                    /s/ Anthony W. Ishii**

1

1 | 0m8i78                    UNITED STATES DISTRICT JUDGE

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28