1  **CAROLINE C. McCREARY, #176563**
Attorney at Law
2  1107 "R" Street
Fresno, California 93721
3  Telephone: (559) 696-4529
Facsimile:   (559) 486-4533
4
Attorney for Defendant
5  **ALI MUHAMMED MUSLEH**

6

7
UNITED STATES DISTRICT COURT
8
FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA     )     **CASE NO. CR F-04-5086-AWI**
                                 )
11                               )     **STIPULATION TO CONTINUE**
                Plaintiff,       )     **MOTIONS HEARING**
12                               )
        v.                       )
13                               )
    ALI MUHAMMED MUSLEH,         )
14                               )
                Defendant.       )
15  _____)

16

17      IT IS HEREBY STIPULATED the parties, defendant ALI MUHAMMED MUSLEH,

18  by and through counsel Caroline C. McCreary, defendant TOFEEK G. ALBANNA, by and

19  through counsel Jim T. Elia, defendant NAFIZ ABDULA MUSLEH, by and through counsel

20  David V. Balakian, RIYADH MOHAMMED NAGI, by and through counsel Marc C. Ament

21  and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, Karen

22  A. Escobar, Assistant United States Attorney for the Eastern District of California, hereby

23  stipulate that the motions hearing date in the above-referenced case currently scheduled for

24  Monday, June 5, 2006, at 9:00 a.m. be continued to Monday, June 19, 2006, at 9:00 a.m. in

25  the courtroom for the Honorable Anthony W. Ishii, District Judge.

26

27

28

**IT IS SO STIPULATED**

                                          Respectfully submitted,

Dated: May 18, 2006                  /s/ Caroline C. McCreary
                                           CAROLINE C. McCREARY
                                           Attorney for Defendant
                                           ALI MUHAMMED MUSLEH

Dated: May 18, 2006                  /s/David V. Balakian
                                           DAVID V.BALAKIAN
                                           Attorney for Defendant
                                           NAFIZ ABDULA MUSLEH

Dated: May 18, 2006                  /s/ Jim T. Elia
                                           JIM T. ELIA
                                           Attorney for Defendant
                                           TOFEEK G. ALBANNA

Dated: May 18, 2006                  /s/ Marc C. Ament
                                           MARC C. AMENT
                                           Attorney for Defendant
                                           RIYADH MOHAMMED NAGI

**IT IS SO STIPULATED**

Dated: May 18, 2006                  /s/ Karen A. Escobar
                                           KAREN A. ESCOBAR
                                           Assistant U.S. Attorney

                                       **ORDER**

IT IS SO ORDERED.

**Dated:   May 19, 2006**                           /s/ Anthony W. Ishii
0m8i78                                                UNITED STATES DISTRICT JUDGE