McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. F. No. 04-5086 AWI |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ALI MUHAMMED MUSLEH, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

    Having read and considered the parties' stipulation to continue the trial confirmation, hearing on Rule 12 pretrial motions and motions _in limine_, and trial in the above-captioned matter,

    IT IS HEREBY ORDERED THAT the trial confirmation, hearing on Rule 12 pretrial motions and motions in limine will be continued from August 1 to August 21 at 9:00 a.m.

    IT IS FURTHER ORDERED THAT the trial date of August 15 is hereby vacated and reset for August 29 at 8:30 a.m.

    IT IS FURTHER ORDERED THAT if the trial proceeds through September 14 and 15, the Court shall not be in session those days

1

1  due to Mr. Elia's unavailability due to a prescheduled vacation.

2      IT IS ALSO THE FINDING OF THE COURT THAT time is excludable
3  under 18 U.S.C. § 3161(h)(F) to allow the Court to consider and
4  resolve pending pretrial motions.

5      WHEREFORE IT IS HEREBY ORDERED that time shall be excluded,
6  pursuant to 18 U.S.C. § 3161(h)(1)(F).

8  IT IS SO ORDERED.

10 **Dated:   July 24, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                          UNITED STATES DISTRICT JUDGE

2